IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GERALD CLAIBORNE, | No. CIV S-08-1319-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| A. SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's requests for appointment of counsel and certification of this case as a class action (Doc. 2).

       Plaintiff seeks appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not at this time find the required exceptional circumstances.

1  Plaintiff seeks a determination that this case proceed as a class action.  Plaintiff,
2 however, is a non-lawyer proceeding without counsel.  It is well established that a layperson
3 cannot ordinarily represent the interests of a class.  See <u>McShane v. United States</u>, 366 F.2d 286
4 (9th Cir. 1966).  This rule becomes almost absolute when, as here, the putative class
5 representative is incarcerated and proceeding pro se.  See <u>Oxendine v. Williams</u>, 509 F.2d 1405,
6 1407 (4th Cir. 1975).  In direct terms, plaintiff cannot "fairly and adequately protect the interests
7 of the class," as required by Rule 23(a)(4) of the Federal Rules of Civil Procedure.  <u>Martin v.
8 Middendorf</u>, 420 F. Supp. 779 (D.D.C. 1976).  This action, therefore, will not be construed as a
9 class action and instead will be construed as an individual civil suit brought by plaintiff.

10  Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for the
11 appointment of counsel and for class certification (Doc. 2) are denied.

 DATED:  June 13, 2008

 **CRAIG M. KELLISON**
 UNITED STATES MAGISTRATE JUDGE