IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GERALD CLAIBORNE, | 2:08-cv-1319-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ALBONICO, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c). This case shall, therefore, be reassigned to the Magistrate Judge for all further proceedings and entry of final judgment.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

///

///

1

2. The caption on all documents filed in the reassigned case shall show case number CIV-S-08-1319-CMK-P.

Dated: July 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

I am the United States Magistrate Judge currently assigned to this case. I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other Magistrate Judge as may be assigned.

DATED: July 27, 2009

_____

**CRAIG M. KELLISON**

UNITED STATES MAGISTRATE JUDGE